UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS BROOKS and JOCELYN SMITH,

        Plaintiffs,

- against -

OSM AVIATION, INC. and NORWEGIAN AIR SHUTTLE ASA,

        Defendants.

**ORDER**

19 Civ. 8043 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference previously scheduled for December 5, 2019 at 10:15 a.m. will now take place on **December 12, 2019 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge